AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V.<br>Robert Kraaipoel (DOB: 12/24/1942);<br>Aviation Services International, B.V.;<br>TPC, B.V.; and<br>Delta Logistics, B.V. | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about November 2005 through in or about August 2007 in the District of Columbia and elsewhere, the defendants did commit the following five (5) criminal offenses, which are set forth in Attachment A and made a part hereof, (Track Statutory Language of Offense)

**See Attachment A,**

in violation of Title 50, United States Code, Section 1705; Title 31, Code of Federal Regulations, Sections 560.204 and 560.203; and Title 18, United States Code, Sections 1001 and 2.

I further state that I am <u>Special Agent David J. Poole, Office of Export Enforcement, U.S. Department of Commerce</u>, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

---

AUSA, Steven W. Pelak (202) 514-6946
Sworn to before me and subscribed in my presence,

Signature of Complainant
David J. Poole, Special Agent
Office of Export Enforcement
U.S. Department of Commerce

August 29, 2007                                    at    Washington, D.C.
Date                                                     City and State

_____          _____
Name & Title of Judicial Officer                  Signature of Judicial Officer