**ATTACHMENT A to CRIMINAL COMPLAINT**

**Count One – False Statements**

On or about November 5, 2005 in the District of Columbia and elsewhere, **ROBERT KRAAIPOEL** and **AVIATION SERVICES INTERNATIONAL B.V.** did knowingly and willfully cause the making of a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the U.S. Department of Homeland Security, within the executive branch of the Government of the United States relating to the end-user or destination of electronic communications equipment purchased from DTC Inc., in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

**Count Two – False Statements**

On or about January 26, 2006 in the District of Columbia and elsewhere, **ROBERT KRAAIPOEL** and **AVIATION SERVICES INTERNATIONAL B.V.** did knowingly and willfully cause the making of a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the U.S. Department of Homeland Security, within the executive branch of the Government of the United States relating to the end-user or destination of electronic communications equipment purchased from DTC Inc., in violation of Title 18, United States Code, Sections 1001(a)(2) and 2.

**Count Three – Unlawful Export of U.S. Goods to Iran**

From in or about January 2006 through in or about December 2006 in the District of Columbia and elsewhere, **AVIATION SERVICES INTERNATIONAL, B.V.** did willfully violate and attempt to violate regulations, the Iranian Transactions Regulations, issued under the International Emergency Economic Powers Act, by exporting, reexporting, selling, and supplying goods and by causing the export, reexport, sale, and supply of goods -- without a license or authorization obtained from the Office of Foreign Assets Control, U.S. Department of Treasury, located in Washington, D.C. -- from the United States to Iran and the Government of Iran, including parachutes, aircraft parts, aircraft paints, and industrial chemicals, in violation of Title 50, United States Code, Section 1705; Title 18, United States Code, Section 2; and Title 31, Code of Federal Regulations, Sections 560.204 and 560.203.

**Count Four – Unlawful Export of U.S. Goods to Iran**

From in or about February 2007 through in or about April 2007 in the District of Columbia and elsewhere, **ROBERT KRAAIPOEL, AVIATION SERVICES INTERNATIONAL B.V.,** and **TPC B.V.** did willfully violate and attempt to violate regulations, the Iranian Transactions Regulations, issued under the International Emergency Economic Powers Act, by exporting, reexporting, selling, and supplying goods and by causing the export, reexport, sale, and supply of goods -- without a license or authorization obtained from the Office of Foreign Assets Control, U.S. Department of Treasury, located in Washington, D.C. -- from the United States to Iran and the Government of Iran, namely aerospace grade aluminum

used in the manufacture and repair of aircraft, specifically aluminum sheets and rods model 2024T-3, in violation of Title 50, United States Code, Section 1705; Title 18, United States Code, Section 2; and Title 31, Code of Federal Regulations, Sections 560.204 and 560.203.

**Count Five – Unlawful Attempted Export of U.S. Goods to Iran**

From in or about March 2007 through in or about August 2007 in the District of Columbia and elsewhere, **ROBERT KRAAIPOEL** and **DELTA LOGISTICS, B.V.** did willfully attempt to violate regulations, the Iranian Transactions Regulations, issued under the International Emergency Economic Powers Act, by attempting to export, reexport, sell, and supply goods and by attempting to cause the export, reexport, sale, and supply of goods -- without a license or authorization obtained from the Office of Foreign Assets Control, U.S. Department of Treasury, located in Washington, D.C. -- from the United States to Iran and the Government of Iran, namely aerospace grade aluminum used in the manufacture and repair of aircraft, specifically aluminum sheets and rods model 2024T-3, in violation of Title 50, United States Code, Section 1705; Title 18, United States Code, Section 2; and Title 31, Code of Federal Regulations, Sections 560.204 and 560.203.