IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : Mag. No. 07-430-M-01

: UNDER SEAL

Robert Kraaipoel :
Aviation Services International, B.V.; :
TPC, B.V.; and :
Delta Logistics, B.V. :
  Defendants :

**FILED**
AUG 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Upon motion of the United States and for good cause and reasons set forth therein, it is this ___AUG 29 2007___ day of August 2007,

**ORDERED** that the Government's motion be granted and that the criminal complaint, the arrest warrant, the affidavit in support thereof, and all related papers in the above-captioned matter, including the government's Motion to Seal and this Order, be SEALED – except that the United States may use and disclose such documents and related information in connection with the performance of law enforcement or official governmental functions, including making disclosure to governmental officials within and outside the United States – until such time as the subject Robert Kraaipoel is arrested within or outside the United States, at which time this matter shall be unsealed without further order or direction of the Court.

_____
UNITED STATES MAGISTRATE JUDGE
ALAN KAY
U.S. MAGISTRATE JUDGE