IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Case No. 07-430-M-01 |
| v. : | |
| : | **UNDER SEAL** |
| : | |
| **Robert Kraaipoel** : | |
| **Aviation Services International, B.V.;** : | |
| **TPC, B.V.; and** : | |
| **Delta Logistics, B.V.** : | |
| **Defendants** : | |

## MOTION TO UNSEAL

The United States of America, by its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to unseal the arrest warrant, the criminal complaint, the affidavit in support thereof, and all related papers in the above-captioned matter, including this motion. In support of its motion, the government states as follows:

On August 29, 2007, a criminal complaint was issued against the four above-named defendants. Also on August 29, 2007, the Court issued an arrest warrant for defendant Robert Kraaipoel in this matter. On that same date, upon the motion of the United States, the Court sealed the complaint, arrest warrant, the affidavit in support thereof, and the public docketing of this matter so as not to alert Robert Kraaipoel that charges had been filed against him and his arrest was being sought.

On September 3, 2007, foreign officials in the Netherlands executed searches on the offices of Robert Kraaipoel and his companies. As a result, the defendant has likely become aware of all ongoing investigations of his and his companies' conduct.

Accordingly, a compelling interest no longer exists to justify the sealing of the criminal

complaint, arrest warrant, affidavit in support thereof, related papers in this matter, or the docketing of this matter.

WHEREFORE, the United States requests that its motion be granted and the papers filed in this matter be unsealed and placed on the public docket.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


Steven W. Pelak
Assistant United States Attorney
D.C. Bar Nos. 498610 and 408744
National Security Section
555 4th Street, N.W. – 11th Floor
Washington, D.C.  20530
202/514-6946
Steven.pelak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 07-430-M-01** |
| v. : | |
| : | |
| : | |
| **Robert Kraaipoel** : | |
| **Aviation Services International, B.V.;** : | |
| **TPC, B.V.; and** : | |
| **Delta Logistics, B.V.** : | |
| **Defendants** : | |

**O R D E R**

Upon motion of the United States and for good cause and reasons set forth therein, it is this _____ day of September 2007,

**ORDERED** that the Government's motion be granted and that the criminal complaint, the arrest warrant, the affidavit in support thereof, and all related papers in the above-captioned matter be UNSEALED and entered on the public docket.

_____
UNITED STATES MAGISTRATE JUDGE