IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 07-430-M-01 |
| v. | : | |
| | : | |
| | : | |
| Robert Kraaipoel | : | **FILED** |
| Aviation Services International, B.V.; | : | |
| TPC, B.V.; and | : | SEP 13 2007 |
| Delta Logistics, B.V. | : | |
| **Defendants** | : | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

Upon motion of the United States and for good cause and reasons set forth therein, it is this  13th  day of September 2007,

**ORDERED** that the Government's motion be granted and that the criminal complaint, the arrest warrant, the affidavit in support thereof, and all related papers in the above-captioned matter be UNSEALED and entered on the public docket.

_____
UNITED STATES MAGISTRATE JUDGE